UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON XAVIER MATHEWS,

    Plaintiff,

v.                                    Case No. 5:22-cv-109-TKW/MJF

CITY OF WEWAHITCHKA, *et al.*,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3) and Plaintiff's objection (Doc. 4). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three strikes statute," 28 U.S.C. § 1915(g). The dismissal is without prejudice to Mathews initiating a new case accompanied by the $402.00 fee.

The Court did not overlook the logistical issues raised by Plaintiff in his objection, but it is well established that a three-strike inmate "must pay the filing fee at the time he <u>initiates</u> the suit." *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002) (emphasis added). Thus, the fact that Plaintiff "preferred to keep [prison]

officials out of his business" does not excuse his compliance with the requirement that he pay the filing fee when he files the complaint to initiate the suit.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice**.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 5th day of July, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**